******************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the advance release version of an opinion and the latest version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.
******************************************

JACQUELINE EPRIGHT *v.* LIBERTY MUTUAL
INSURANCE COMPANY
(AC 43826)

Alvord, Moll and Sheldon, Js.

*Syllabus*

The plaintiff appealed to this court after the trial court granted the defendant's motion to disqualify an expert witness. *Held* that the trial court's order was not a final judgment for purposes of appeal because it did not satisfy either prong of the test set forth in *State* v. *Curcio* (191 Conn. 27).

Argued February 8—officially released March 1, 2022

*Procedural History*

Action to recover underinsured motorist benefits, brought to the Superior Court in the judicial district of Middlesex, where the court, *Frechette, J.*, granted the defendant's motion to disqualify an expert witness, and the plaintiff appealed to this court. *Appeal dismissed.*

*Mario Cerame*, with whom, on the brief, was *Timothy Brignole*, for the appellant (plaintiff).

*Thomas P. Mullaney III*, for the appellee (defendant).

*Opinion*

PER CURIAM. The plaintiff, Jacqueline Epright, appeals from the trial court's granting of the motion to disqualify James W. Depuy as an expert witness, filed by the defendant, Liberty Mutual Insurance Company, as a motion for order to show cause. Because such an interlocutory order does not satisfy either prong of the test set forth in *State* v. *Curcio*, 191 Conn. 27, 31, 463 A.2d 566 (1983), and, therefore, is not a final judgment for purposes of appeal, the plaintiff's appeal is dismissed.

The appeal is dismissed.

————————————————